1 KEVIN V. RYAN, SBN 118321
United States Attorney
2 JOANN M. SWANSON, 88143
Assistant United States Attorney
3 Chief, Civil Division
SARA WINSLOW, DCBN 457643
4 Assistant United States Attorney

5 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 Telephone: (415) 436-7260
Facsimile:  (415) 436-7169
7
Attorneys for Defendant
8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 OAKLAND DIVISION

| | |
|---|---|
| JERRY FLAGG, | ) |
| | ) |
| Plaintiff, | ) CIVIL NO.  06-00930 SBA |
| | ) |
| v. | ) STIPULATION AND ORDER EXTENDING |
| | ) DEFENDANT'S TIME TO FILE |
| JO ANNE B. BARNHART, | ) RESPONSE TO PLAINTIFF'S |
| Commissioner of Social Security, | ) MOTION FOR SUMMARY JUDGMENT |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on January 16, 2007, pursuant to Civil L.R.16-5.  Defendant's response is now due on February 15, 2007.

///
///
///
///
///
///

---

[1] See attached Declaration of Donna M. Montano.

This is defendant's first request.

Dated: January 10, 2007         /s/
                                TONY ARJO
                                Attorney for Plaintiff


                                KEVIN V. RYAN
                                United States Attorney


Dated: January 12, 2007    By:      /s/
                                SARA WINSLOW
                                Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: 1/17/07                  /s/ Saundra B Armstrong
                                SAUNDRA B. ARMSTRONG
                                United States District Judge

FLAGG, EXT.MXSJ (dmm)
C 06-00930 SBA                           2

```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
     Telephone:  (415) 436-7260
     Facsimile:   (415) 436-7169
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY FLAGG,<br><br>            Plaintiff,<br><br>       V.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br> Social Security,<br><br>            Defendant. | CIVIL NO.  06-00930 SBA<br><br>DECLARATION OF DONNA M. MONTANO IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |

I, **Donna M. Montano** , declare and state as follows:

  1. I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration ("SSA"), Region IX.

  2. I respectfully request a 30-day extension of time in which to file the Defendant's Cross- motion for Summary Judgment in the above-captioned Social Security case.

  3. I am requesting a 30-day extension to file Defendant Commissioner's response to Plaintiff's Motion for Summary Judgment, due to a backlog that accrued during ny three week absence from work for surgery and recovery.  I am working diligently to resolve this backlog.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.
3
4
5  Executed in San Francisco, California on **January 10, 2007.**
6
7
8                                                                         /s/
                                        DONNA M. MONTANO
9                                          Assistant Regional Council